156 So. 639

## John STEPHENSON v. STATE.

### 6 Div. 604.

Supreme Court of Alabama.

June 21, 1934.

Rehearing Denied Oct. 11, 1934.

Davis & Curtis and R. A. Cooner, all of Jasper, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, Justice.

Petition of John Stephenson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Stephenson v. State, 156 So. .638.

Writ denied.

THOMAS, BROWN, and FOSTER, JJ., concur.